IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02756-GPG

ISMAEL LEE VELASCO,

    Plaintiff,

v.

MR. STANCIL, Warden,
MR. MALDONALO, Officer,
MR. ARMIJO, Lt.,
UNKNOWN FCI OFFICERS IN SHU. All in Their Private and Professional Capacities,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn pursuant to D.C.COLO.LCivR 40.1.   Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and when appropriate to a magistrate judge.

    DATED March 3, 2016, at Denver, Colorado.

                                           BY THE COURT:

                                           Gordon P. Gallagher
                                           United States Magistrate Judge