IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02756-MEH

ISMAEL LEE VELASCO,

     Plaintiff,

v.

MALDONADO, Officer, in his individual and official capacities,
STANCIL, Warden, in his individual and official capacities,
AMIJO, L.T. Officer, in his individual and official capacities, and
UNKNOWN FCI OFFICERS IN SHU,

     Defendants.

_____

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

_____

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated this 4th day of March, 2016 in Denver, Colorado.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge