IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02756-MEH

ISMAEL LEE VELASCO,

    Plaintiff,

v.

MALDONADO, Officer, in his individual and official capacities,
STANCIL, Warden, in his individual and official capacities,
AMIJO, L.T. Officer, in his individual and official capacities, and
UNKNOWN FCI OFFICERS IN SHU,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2016**.

    Plaintiff's "Motion for the Proper Forms to Apply for Counsel Under the Pilot Program to Implement a Civil Pro Bono Panel Attorney" [filed March 14, 2016; docket #17] is **granted**. The Clerk of the Court is directed to provide the Plaintiff with any forms necessary for application for civil pro bono representation, including a copy of D.C. Colo. LAttyR 15.[1]

---

[1] The "Pilot Program" has been approved and accepted as a local rule of this Court.